**Ronald L. LEGG, Plaintiff—Appellant,**

v.

**SOUTHERN HEALTH PARTNERS,**
**Jodi Harrison, Defendant—**
**Appellee.**

No. 13–6335.

No. 13–6335

United States Court of Appeals,
Fourth Circuit.

July 22, 2013.

Submitted: July 18, 2013.

Decided: July 22, 2013.

Ronald L. Legg, Appellant Pro Se.

Elliott T. Halio, HALIO & HALIO, Charleston, South Carolina, for Appellee.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

UNPUBLISHED

PER CURIAM:

Ronald L. Legg appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. He also appeals the court's denial of his motions to compel discovery and to amend his complaint. As to the magistrate judge's rulings to which Legg timely and specifically objected in the district court, we have reviewed the record and find no reversible error.* Accordingly, we affirm for the reasons stated by the district court. *Legg v. Southern Health Partners*, No. 1:12–cv–00481–MGL, 2012 WL 3465928 (D.S.C. Aug. 14, 2012). We deny Legg's motion for a transcript at the government's expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Legg waived appellate review of the district court's disposition of some of his claims by failing to file timely and specific objections to the magistrate judge's recommendation on those claims. *See United States v. Midgette*, 478 F.3d 616, 621–22 (4th Cir.2007).